FILED'08 NOV 05 14:50 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

WAYNE P. McBEE,

                **Plaintiff,**

      v.                                                              Civil No.: 08-1049-TC

FREDERICK BURT, DEPUTY DOUGLASS,

                **Defendants.**

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered on September 25, 2008, to pay the requisite filing fee or to submit an application to proceed in forma pauperis by October 27, 2008. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: November 5ᵗʰ, 2008.

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION