FILED '08 NOV 24 12:34 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WAYNE P. MCBEE, )
)
        Plaintiff, )
) Civil No. 08-1049-TC
v. )
) ORDER
FREDERICK BURT, DEPUTY )
DOUGLASS, )
)
        Defendants. )
_____)

    Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on November 5, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

DATED this \_\_\_\_24th\_\_\_\_ day of November, 2008.

_____
United States District Judge

2   - ORDER